NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMS ENGINEERS-ARCHITECTS, P.C.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5118

---

Appeal from the United States Court of Federal Claims in Case No. 07-CV-291, Judge Christine O.C. Miller.

---

**JUDGMENT**

---

ADAM H. VAN BUSKIRK, of Aurora, New York, argued for plaintiff-appellant.

ROBERT C. BIGLER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director. Of counsel on the brief was CHRISTINE JACOBY, Assistant District Counsel, United States Army Corps of Engineers, of Baltimore, Maryland.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and GAJARSA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 20, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |